UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| KAREN MAE ARNOLD,<br><br>*Plaintiff,*<br>v.<br><br>NEWT HILL, *U.S. Army Claims Service/Office of the Judge Advocate General,*<br><br>*Defendant.* | §<br>§<br>§<br>§  EP-17-CV-00083-DCG<br>§<br>§<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

In accordance with the Court's "Memorandum Order" issued this date in this action, the Court enters, pursuant to Federal Rule of Civil Procedure 58, its Final Judgment disposing of this action in its entirety. There being no just cause for delay, this is a **FINAL** and **APPEALABLE** judgment.

**IT IS ORDERED** that Plaintiff Karen Mae Arnold's claims against Defendant Newt Hill are **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that each side shall bear its own attorney's fees and costs.

So ORDERED and SIGNED this ___ day of March 2018.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE